```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X
```

UNITED STATES OF AMERICA			**NOTICE OF APPEARANCE**

    -against-				07-CR-580-02(CM)

NICHOLAS SANTANA,
              *Defendant.*
```
-----------------------------X
```

**TO: CLERK OF COURT SDNY**

    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT IN THE ABOVE ENTITLED ACTION.

    I AM APPEARING AS RETAINED COUNSEL.

    I WAS ADMITTED TO PRACTICE IN THIS COURT IN NOVEMBER 2004.

    I DO HEREBY CERTIFY THAT I HAVE OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK

DATED: BRONX NEW YORK			_____s_____
   MAY 29, 2008				THOMAS J. SULLIVAN
						ATTORNEY FOR DEFENDANT
						930 GRAND CONCOURSE (APT-4-C)
						BRONX, NEW YORK 10451
						(718) 590-7800
						FAX (718) 590-7082