**THOMAS J. SULLIVAN**
COUNSELOR AT LAW

930 GRAND CONCOURSE                                       TEL: 718-590-7800
BRONX, NEW YORK 10451                                     FAX: 718-590-7082

MAY 29, 2008

**BY ECF**
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

        Re: **NOTICE OF APPEARANCE**
        U.S. v. Nicholas Santana
        07 Cr. 580-02 (CM)

Dear Judge McMahon,

  I am writing to advise the Court that I have been retained to represent Mr. Nicholas Santana in this case. My Notice of Appearance was filed with the Court today by ECF.

  Thank you for your attention in this matter.

        Very truly yours,

        THOMAS J. SULLIVAN
        COUNSEL FOR NICHOLAS SANTANA