**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
UNITED STATES OF AMERICA,

    -against-                              07 Cr. 580-02 (CM)

NICHOLAS SANTANA,
        *DEFENDANT.*
-------------------------------X

**NICHOLAS SANTANA'S MEMORANDUM OF LAW IN SUPPORT OF A NON-GUIDELINES SENTENCE UNDER <u>18 U.S.C. 3553</u> (a)**

THOMAS J. SULLIVAN
930 GRAND CONCOURSE (APT 4-C)
BRONX, NEW YORK 10465
(718) 590-7800
COUNSEL FOR NICHOLAS SANTANA

## TABLE OF CONTENTS

**PRELIMINARY STATEMENT** . . . . . . . . . . . . . . . . . . . . . 1

**PERSONAL BACKGROUND** . . . . . . . . . . . . . . . . . . . . 6

  A. A Rough Start. . . . . . . . . . . . . . . . . . . . 6

  B. Slipping Into Darkness. . . . . . . . . . . . . . . . 8

  C. Troubles In School. . . . . . . . . . . . . . . . . . 9

  D. A Remarkably Solid Employment History. . . . . . . . 10

  E. I Miss Having Him Here Every Day. . . . . . . . . . 10

**OFFENSE CONDUCT**. . . . . . . . . . . . . . . . . . . . . . . 11

  F. The Instant Case. . . . . . . . . . . . . . . . . . .11

  G. 2007 Plea Agreement . . . . . . . . . . . . . . . . .12

  H. 2008 Pre-Sentence Report. . . . . . . . . . . . . . 13

  I. Objections to the 2007 Pre-Sentence Report . . . . . 14

**ARGUMENT**. . . . . . . . . . . . . . . . . . . . . . . . . . .14

**A. Legal Standards** . . . . . . . . . . . . . . . . . . . . 14

**B. Application.** . . . . . . . . . . . . . . . . . . . . . . 15

  1. History and Characteristics of the Defendant. . . . 15

  2. Nature and Circumstances of the Offense. . . . . . 17

  3. Need for the Sentence Imposed . . . . . . . . . . . 17

  4. Kinds of Sentences Available . . . . . . . . . . . 19

  5. Avoiding Sentencing Disparity. . . . . . . . . . . 19

  6. Consulting the Advisory Guidelines . . . . . . . . 20

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . .22

## TABLE of AUTHORITIES

**United States v. Booker,**
    543 U.S. 220, (2005) . . . . . . . . . . . . **passim**

**United States v. Crosby,**
    397 F.3d 103 (2d Cir. 2005) . . . . . . . .1, 15, 20

**United States v. Fernandez,**
    443 F.3d 19 (2d Cir.2006). . . . . . . . . . . .21

**Gall v. United States,**
    128 S.Ct 586 (2007). . . . . . . . . . . . .3, 21

**United States v. Jones,**
    460 F.3d 191 (2d. Cir.2006). . . . . . . . . . 2

**United States v. Jones,**
    2008 WL 2500252 (2d. Cir.2008) . . . . . . 4, 21

**Kimbrough v. United States,**
    128 S.Ct. (2007) . . . . . . . . . . . . . . 3

**Rita v. United States,**
    127 S.Ct.2465 (2007) . . . . . . . . . . . 3, 21

**United States v. Verkhoglyad,**
    2008 WL 383291 (2d Cir. 2008) . . . . . . . . 21

**STATUTES**

18 U.S.C. § 3553(a) . . . . . . . . . . . . . . . .**passim**

21 U.S.C. § 812 . . . . . . . . . . . . . . . . . . 1

18 U.S.C. § 841 (a) (1) . . . . . . . . . . . . . .**passim**

18 U.S.C. § 841 (b) (1) (a) . . . . . . . . . . . .**passim**

**OTHER AUTHORITIES**

Weinstein, *Prison Need Not Be Mandatory, There are Options Under the New U.S. Sentencing Guidelines,*
    28 No. 1 Judge J. 16 (1989). . . . . . . . . . .**22**