UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

NICHOLAS SANTANA,

                Defendant.
----------------------------------------------------X

**NOTICE OF MOTION**

7:07-cr-00580-CM-2

SIRS/MADAM:

      PLEASE TAKE NOTICE that upon the annexed affirmation of VALERIE CASALI, ESQ., dated June 26, 2020, and upon all proceedings previously held herein, the defendant NICHOLAS SANTANA, will move this Court before the Honorable Judge Colleen McMahon, located at the United States Court House, 300 Quarropas Street, White Plains, New York, for an order granting termination of Mr. Santana's probation.

MEMO ENDORSED

Dated: Bronx, New York
         June 26, 2020

Respectfully Submitted,

*Valerie Casali*

VALERIE CASALI, ESQ., *of counsel*
MURRAY RICHMAN, ESQ.
Attorney for Defendant
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588

9/16/2020 — As Probation concurs, the motion is GRANTED. Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2020